```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
                                          HON. PATRICK J. DUGGAN
                                          CIVIL ACTION NO.09-13653
```

JOHN RAY,

          Petitioner,

-v-

SHERRY BURT,

          Respondent.

_____/

### ORDER DENYING, WITHOUT PREJUDICE, PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on October 16, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The petitioner has filed a motion for appointment of counsel. The Court concludes it would be premature to grant petitioner's motion at this time. Should the Court determine that appointment of counsel is appropriate at some future time, petitioner's motion may be reconsidered. Accordingly,

IT IS ORDERED that petitioner's motion for appointment of counsel is DENIED without prejudice.

                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: October 16, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 16, 2009, by electronic and/or ordinary mail.

                              s/Marilyn Orem
                              Case Manager